1 | Norman La Force, State Bar #102772
Fortune, Drevlow, O'Sullivan, Ciotoli & Hudson
2 | 560 Mission Street, 21st Floor
San Francisco, CA  94105
3 | (415) 227-2300

4

5 | Attorneys for Defendants
Kidde PLC, Inc., Kidde Firefighting, Inc.
and W.W. Grainger, Inc. erroneously sued
6 | Herein as W.W. Granger dba Granger
Industrial Supply
7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES G. HOFFNER, | Case No.: |
| Plaintiff, | NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §1441(b) |
| vs. | [Diversity Jurisdiction] |
| KIDDE PLC, INC., KIDDE FIREFIGHTING, INC., W. W. GRANGER, dba GRANGER INDUSTRIAL SUPPLY, DOES 1 through 50, inclusive, | |
| Defendants. | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that defendants Kidde PLC, Inc., Kidde Firefighting, Inc. and W.W. Grainger, Inc. erroneously sued herein as W.W. Granger dba Grainger Industrial Supply, (hereinafter referred to as W.W. Grainger) hereby remove to this Court the state Court action described below.

1. On August 3, 2004 an action was commenced in the Superior Court of the State of California in and for the County of Contra Costa, entitled James G. Hoffner, Plaintiff versus Kidde PLC, Inc., Kidde Firefighting, Inc., and W.W. Granger, dba Granger Industrial Supply,

1

Notice of Removal

1  and Does 1 through 50, inclusive, Defendants, with case number C04-01466, a copy of which
2  is attached hereto as Exhibit A.

3      2.  Defendants Kidde PLC, Inc. has not yet been properly served with said complaint,
4  but first received notice of said complaint on October 7, 2004 when it received a copy of the
5  said complaint and an incomplete summons with a request that that pursuant to California
6  Code of Civil Procedure §415.30, Kidde PLC. Inc. accept service of the summons and
7  complaint by Notice and Acknowledgment of Receipt of Service.  Kidde PLC, Inc. has not
8  executed that Notice of Acknowledgment or Receipt of Service. A copy of the summons and
9  Notice and Acknowledgment of Receipt is attached hereto as Exhibit B.  Kidde Firefighting,
10 Inc. has not yet been served so far as defendant's counsel is aware.  W.W. Grainger was not
11 served properly pursuant to the California Code of Civil Procedure, but its branch office
12 received a copy of the complaint and the same incomplete summons (See Exhibits A and B) on
13 October 7, 2004.

14     3. This action is a civil action of which this Court has original jurisdiction under 28
15 U.S.C. §1332, and is one which may be removed to this Court by defendant pursuant to the
16 provisions of 28 U.S.C. §1441(b) in it is a civil action wherein the matter in controversy
17 exceeds the sum of $75,000.00, exclusive of interest and costs, and is between citizens of
18 different states.  Plaintiff's Statement of Damages alleges $750,000.00 in general damages and
19 $3,000,000.00 in punitive damages.

20     4.  Defendant is informed and believes and thereon alleges that plaintiff James G.
21 Hoffner was, at the time of the filing of this action, and still is a citizen of the State of
22 California. Defendant Kidde PLC, Inc. was, at the time of the filing of this action, and is a
23 foreign corporation organized under the laws of the United Kingdom of Great Britain and
24 Northern Ireland with its principal place of business in the United Kingdom.  Defendant Kidde
25 Firefighting, Inc. was, at the time of the filing of this action, and is a corporation which is
26 incorporated under the laws of the State of Pennsylvania with its principal place of business in
27 the State of Pennsylvania.  Defendant W.W. Grainger was, at the time of the filing of this

complaint, and still is a corporation, which is incorporated under the laws of the State of Illinois and whose principal place of business is in the State of Illinois.

Dated:  November 8, 2004                    Fortune, Drevlow, O'Sullivan, Ciotoli & Hudson


By: _____
    Norman La Force, Esq.
    Attorney for Defendants
    Kidde PLC, Inc., Kidde Firefighting, Inc.
    and W.W. Grainger, Inc. erroneously sued
    herein as W.W. Granger, dba Granger
    Industrial Supply

1

<u>CERTIFICATE OF SERVICE</u>

2    I, Terri Taylor, declare:  I am employed in the City and County of San Francisco,
California; I am over the age of eighteen years and not a party to the within action.  My
3    business address is 560 Mission Street, 21st Floor, San Francisco, California 94105.
On *December 17, 2004*, I served, in the manner indicated below, the within:
4

5

6    on the interested parties in said action by placing true copies thereof, enclosed in a sealed
envelope, addressed as follows:
7

Attorney for Plaintiff
8    Clayeo C. Arnold, Esq.
C. Jean Cain, Esq.
9    608 University Avenue
Sacramento, CA 95825
10   Phone: (916) 924-3100
Fax: (916)_924-1829
11

12
  _x_   (By Regular _ Express Mail) I caused such envelopes with postage thereon fully
13        prepaid to be placed in the U.S. mail at San Francisco, California.

14
  ___   (By Certified Mail, Return Receipt Requested)  I caused such envelope(s), with
15        postage thereon fully prepaid, and fees paid for certified mail and return of the attached
          receipt to be placed in the U.S. Mail at San Francisco, California.
16
  ___   (By Personal Delivery) I cause such envelope(s) to be delivered by hand to the office(s)
17        of the addressee(s).

18
  ___   (By Facsimile and Subsequently by Mail) I caused such copies to be sent with same
19        day service.

20      I am readily familiar with this firm's practice of collection and processing

21   correspondence for mailing with the U.S. Postal Service; it is deposited with the U.S. Postal

22   Service on that same day in the ordinary course of business.

23
        I declare under penalty of perjury under the laws of the State of California that the
24   foregoing is true and correct.  Executed on December 17, 2004, at San Francisco, California.

25

26                                              _____
                                                TERRI TAYLOR
27

28

4

Notice of Removal