**LEWIS BRISBOIS BISGAARD & SMITH LLP**
SHAWN A. TOLIVER, SB# 148349
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone:   (415) 362-2580
Facsimile:   (415) 434-0882
Email:       toliver@lbbslaw.com

Attorneys for Defendants WALTER KIDDE PORTABLE EQUIPMENT, INC., KIDDE PLC, INC., and W.W. GRAINGER, INC. erroneously sued herein as W.W. GRANTER dba GRANGER INDUSTRIAL SUPPLY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,
SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES G. HOFFNER and MARY HOFFNER, <br><br> Plaintiffs, <br><br> v. <br><br> WALTER KIDDE PORTABLE EQUIPMENT, INC., KIDDE PLC., INC., W.W. GRANTER, dba GRANGER INDUSTRIAL SUPPLY, DOES 1 through 50, inclusive, <br><br> Defendants. | CASE NO. C04-04733 CRB ARB <br><br> **ASSOCIATION OF COUNSEL** |

You are hereby notified that Shawn A. Toliver of the Law Offices of LEWIS BRISBOIS BISGAARD & SMITH LLP, One Sansome Street, Suite 1400, San Francisco, California 94104, Telephone No. 415-362-2580, Facsimile No. 415-434-0882, is associated as one of the attorneys of record for defendants WALTER KIDDE PORTABLE EQUIPMENT, INC., KIDDE PLC, INC., and W.W. GRAINGER, INC. erroneously sued herein as W.W. GRANTER dba GRANGER INDUSTRIAL SUPPLY.

Dated: June 21, 2005          LEWIS BRISBOIS BISGAARD & SMITH LLP

                              By: _____
                                  Shawn A. Toliver
                                  Attorneys for Defendants WALTER KIDDE
                                  PORTABLE EQUIPMENT, INC., KIDDE PLC,
                                  INC., and W.W. GRAINGER, INC. erroneously sued
                                  herein as W.W. GRANTER dba GRANGER
                                  INDUSTRIAL SUPPLY

4819-0492-7488.1                                              Case No. C04-04733 CRB
ASSOCIATION OF COUNSEL

1  WE CONSENT TO THE ABOVE ASSOCIATION.

2

3  Dated: June 21, 2005                    FORTUNE, DREVLOW, O'SULLIVAN & HUDSON

4

5                                          By: _____
                                               Norman La Force
6                                              Attorneys for Defendants WALTER KIDDE
                                               PORTABLE EQUIPMENT, INC., KIDDE PLC,
7                                              INC., and W.W. GRAINGER, INC. erroneously sued
                                               herein as W.W. GRANTER dba GRANGER
8                                              INDUSTRIAL SUPPLY

9

10 ASSOCIATION OF COUNSEL IS HEREBY APPROVED.

11

12 Dated: June 22, 2005                    By: _____
                                               UNITED STATES DISTRICT
13

*APPROVED — Charles R. Breyer — United States District Court, Northern District of California*

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580