```
 1  JULIE DRISCOLL FARRAH [SBN 136460]
    CLINTON S. HEIN [SBN 187283]
 2  ERICKSEN, ARBUTHNOT, KILDUFF,
    DAY & LINDSTROM, INC.
 3  111 Sutter Street, Suite 575
    San Francisco, CA  94104-4504
 4  Telephone:(415) 362-7126
    Facsimile: (415) 362-6401
 5
    Attorney for Defendants
 6  Walter Kidde Portable Equipment, Inc.,
    Kidde PLC, Inc., and W.W. Grainger, Inc.
 7  Erroneously sued herein as W.W. Granter
    dba Granger Industrial Supply
 8
                    UNITED STATES DISTRICT COURT
 9
                   NORTHERN DISTRICT OF CALIFORNIA
10
11  JAMES G. HOFFNER,              ) Case No.  C 04 4733
                                   )
12          Plaintiff,              ) MOTION FOR SUBSTITUTION OF
                                   ) COUNSEL AND PROPOSED ORDER
13      vs.                        ) [N.D. Loc. Rule 11-5]
                                   )
14                                 )
    KIDDE PLC, INC., KIDDE FIREFIGHTING, ) Action filed: 08/03/04
15  INC., W.W. GRANGER, dba GRANGER   )
                                      )
16  INDUSTRIAL SUPPLY, DOES 1 through 50, )
    inclusive,                       )
17                                   )
18          Defendants.              )
                                     )
19
20      PLEASE TAKE NOTICE THAT defendants Walter Kidde Portable Equipment, Inc.,

21  Kidde PLC, Inc., and W.W. Grainger, Inc. ("defendants") are hereby requesting a court order

22  to affirm its substitution of counsel of record for the above-captioned action.

23      Defendants hereby moved the Court for an order to affirm its substitution of counsel of
24
    record, to which Defendants consents, and former and substituting counsel of record both consent.
25
26  I hereby consent to this substitution of counsel.

27  Date:  July ___, 2005
                                            _____
28                                          Ken Cammarato
                                            Walter Kidde Portable Equipment, Inc.,
                                            Kidde PLC, Inc., and W.W. Grainger, Inc.
                                    -1-
                            SUBSTITUTION OF ATTORNEY
```

I hereby consent to this substitution of counsel.

Date: July ___, 2005

_____
Norman La Force
Fortune, Drelow, O'Sullivan & Hudson
Former counsel for Walter Kidde Portable Equipment, Inc., Kidde PLC, Inc., and W.W. Grainger, Inc.

I hereby consent to this substitution of counsel.

Date: July ___, 2005

_____
Shawn A. Toliver
Lewis, Brisbois, Bisgaard & Smith, LLP
Former Associated Counsel for Walter Kidde Portable Equipment, Inc., Kidde PLC, Inc., and W.W. Grainger, Inc.

I hereby consent to this substitution of counsel.

Date: July 7, 2005

_____
Julie D. Farrah
Ericksen, Arbuthnot, Kilduff, Day & Lindstrom
Counsel for Walter Kidde Portable Equipment, Inc., Kidde PLC, Inc., and W.W. Grainger, Inc.

## ORDER

GOOD CAUSE AND CONSENT BEING SHOWN, the substitution of counsel for defendant Kidde is hereby affirmed.

IT IS SO ORDERED.

Date: July 12, 2005

_____
UNITED STATES DISTRICT JUDGE

**APPROVED** — Judge Charles R. Breyer