JULIE DRISCOLL FARRAH [SBN 136460]
CLINTON S. HEIN [SBN 187283]
ERICKSEN, ARBUTHNOT, KILDUFF,
DAY & LINDSTROM, INC.
111 Sutter Street, Suite 575
San Francisco, CA 94104-4504
Telephone: (415) 362-7126
Facsimile: (415) 362-6401

Attorney for Defendants
Walter Kidde Portable Equipment, Inc.,
Kidde PLC, Inc., and W.W. Grainger, Inc.
Erroneously sued herein as W.W. Granter
dba Granger Industrial Supply

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES G. HOFFNER, | ) Case No. C 04 4733 |
| Plaintiff, | ) **STIPULATION AND [PROPOSED]** |
| | ) **ORDER TO EXTEND MEDIATION** |
| vs. | ) **DEADLINE [N.D. Loc. Rule 16-8]** |
| KIDDE PLC, INC., KIDDE FIREFIGHTING, INC., W.W. GRANGER, dba GRANGER INDUSTRIAL SUPPLY, DOES 1 through 50, inclusive, | ) Action filed: 08/03/04 |
| Defendants. | |

## STIPULATION

All parties, by and through their respective counsel, hereby stipulate and agree to conduct the mediation for this matter beyond the court ordered deadline, and instead conduct the mediation before the designated mediator on September 30, 2005, and any date(s) thereafter deemed necessary.

-1-
STIPULATION & ORDER RE: EXTENDING MEDIATION DEADLINE

| | | |
|---|---|---|
| 1 | Date: | ERICKSEN, ARBUTHNOT, KILDUFF, DAY & LINDSTROM |
| 2 | | |
| 3 | | |
| 4 | | /s/ |
| | | Julie D. Farrah |
| 5 | | Attorneys for Defendants Walter Kidde Portable Equipment, Inc, Kidde PLC, Inc.,and W.W. Grainger, Inc. |
| 6 | | |
| 7 | Date: | Clayeo C. Arnold, A Professional Corporation |
| 8 | | |
| 9 | | /s/ |
| 10 | | Matthew P. Donahue |
| | | Attorneys for Plaintiff James Hoffner |

## ORDER

GOOD CAUSE AND STIPULATION BEING SHOWN, it is hereby ordered that the mediation deadline is extended to September 30, 2005, and to any date(s) thereafter that mediation of this matter continues.

IT IS SO ORDERED.

August 15, 2005

UNITED STATES

APPROVED
Judge Charles R. Breyer

-2-
STIPULATION & ORDER RE: EXTENDING MEDIATION DEADLINE