```
JULIE DRISCOLL FARRAH [SBN 136460]
CYNTHIA M. SOLIMAN [SBN 217988]
ERICKSEN, ARBUTHNOT, KILDUFF,
DAY & LINDSTROM, INC.
111 Sutter Street, Suite 575
San Francisco, CA 94104-4504
Telephone: (415) 362-7126
Facsimile: (415) 362-6401

Attorney for Defendants
Walter Kidde Portable Equipment, Inc.,
Kidde PLC, Inc., and W.W. Grainger, Inc.
Erroneously sued herein as W.W. Granter
dba Granger Industrial Supply
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES G. HOFFNER, | ) Case No. C 04 4733 |
| Plaintiff, | ) **STIPULATION AND** [PROPOSED] |
| | ) **ORDER SHORTEN TIME TO HEAR** |
| vs. | ) **MOTION FOR LEAVE TO IMPLEAD** |
| | ) **THIRD PARTY [N.D. Loc. Rule 6-1]** |
| KIDDE PLC, INC., KIDDE FIREFIGHTING, | ) |
| INC., W.W. GRANGER, dba GRANGER | ) Action filed: 08/03/04 |
| INDUSTRIAL SUPPLY, DOES 1 through 50, | ) |
| inclusive, | ) |
| Defendants. | ) |

## STIPULATION

Pursuant to Civil Local Rule 6-1(b), all parties, by and through their respective counsel, hereby stipulate and agree that this court will hear Defendants' Motion for Leave to Implead Third Party, Certified Coatings of California, on shortened time. The matter will be heard before this court on Friday, October 7, 2005, or as soon thereafter as the matter may be heard by this Court.

| | |
|---|---|
| Date:   September 14, 2005 | ERICKSEN, ARBUTHNOT, KILDUFF, DAY & LINDSTROM |

*[signature: Cynthia]*

Cyntlu M. Soliman
Attorneys for Defendants Walter Kidde Portable Equipment, Inc, Kidde PLC, Inc.,and W.W. Grainger, Inc.

Date:   September 14, 2005        Clayeo C. Arnold, A Professional Corporation


        s/s
Matthew P. Donahue
Attorneys for Plaintiff James Hoffner

**ORDER**

GOOD CAUSE AND STIPULATION BEING SHOWN, it is hereby ordered that the time to hear Defendants' Motion to for Leave to Implead Third Party, Certified Coatings of California is shortened, so that this matter will now be heard on ~~September 26~~, 2005. **October 7** at 10:00 a.m.

IT IS SO ORDERED.

Sept. 16 2005

_____
UNITED STATES DISTRICT JUDGE

APPROVED
Judge Charles R. Breyer

-2-
STIPULATION & ORDER RE: SHORTENING TIME