```
1  CLAYEO C. ARNOLD
   A Professional Corporation
2  Clayeo C. Arnold, SBN 65070
   Matthew P. Donahue, SBN 155080
3  C. Jean Cain, SBN 84022
   608 UNIVERSITY AVENUE
4  SACRAMENTO, CA 95825
   (916) 924-3100
5
6  Attorney for Plaintiffs
7
```

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| JAMES HOFFNER and MARY HOFFNER,<br><br>    Plaintiffs,<br><br>vs.<br><br>WALTER KIDDE PORTABLE EQUIPMENT, INC., KIDDE PLC, INC., WW. GRANTER dba GRANGER INDUSTRIAL SUPPLY, DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No: C04-04733 CRB ARB<br><br>STIPULATION AND ORDER FOR TELEPHONIC APPEARANCE BY PLAINTIFFS' COUNSEL AT CASE MANAGEMENT CONFERENCE<br><br>CMC Date:   October 7, 2005<br>Time:          8:30 a.m. |

Request is hereby made, and it is hereby stipulated by and between the parties through their respective counsel, that plaintiffs' counsel be allowed to appear telephonically at the Further Case Management Conference on October 7, 2005, at 8:30 a.m.

Dated: September 27, 2005                    CLAYEO C. ARNOLD
                                             A Professional Law Corporation


                                             By:_____/s/ - Matthew Donahue_
                                                 Matthew P. Donahue
                                                 Attorney for Plaintiffs

///

///

Stip and Order re Telephonic Appearance            1

1
2   Dated: September 27, 2005                    ERICKSEN, ARBUTHNOT, KILDUFF
3                                                By:_____/s/ - Julie D. Farrah_____
                                                     JULIE D. FARRAH
4                                                    Attorney for Defendants
5
6                                    **ORDER**
7        It is so ordered.
8
    Dated: ___October 03_____, 2005
9                                                _____
                                                 Charles R. Breyer
10                                               United States District Judge

APPROVED
Judge Charles R. Breyer

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stip and Order re Telephonic Appearance            2