IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES G. HOFFNER, | No. C 04-04733 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| KIDDE PLC INC., et al., | |
| Defendants. | |

Now pending before the Court is defendants' motion to implead third party defendant Certified Coatings of California.. After carefully reviewing defendants' motion, and no opposition having been filed, the Court concludes that oral argument is unnecessary and GRANTS defendants' motion. The parties shall still appear for the Case Management Conference at 8:30 a.m. on Friday, October 7, 2005.

**IT IS SO ORDERED.**

Dated: October 5, 2005

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2004\4733\orderreimplead.wpd