CLAYEO C. ARNOLD
A Professional Corporation
Clayeo C. Arnold, SBN 65070
Matthew P. Donahue, SBN 155080
C. Jean Cain, SBN 84022
608 UNIVERSITY AVENUE
SACRAMENTO, CA 95825
(916) 924-3100

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HOFFNER and MARY HOFFNER,<br><br>    Plaintiffs,<br><br>vs.<br><br>WALTER KIDDE PORTABLE EQUIPMENT, INC., KIDDE PLC, INC., WW. GRANTER dba GRANGER INDUSTRIAL SUPPLY, DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No: C04-04733 CRB ARB<br><br>STIPULATION AND ORDER FOR TELEPHONIC APPEARANCE BY PLAINTIFFS' COUNSEL AT CASE MANAGEMENT CONFERENCE<br><br>CMC Date:   December 2, 2005<br>Time:           8:30 a.m. |

Request is hereby made, and it is hereby stipulated by and between the parties through their respective counsel, that plaintiffs' counsel be allowed to appear telephonically at the Further Case Management Conference on December 2, 2005, at 8:30 a.m.

Dated: November 21, 2005                               CLAYEO C. ARNOLD
                                                                        A Professional Law Corporation

                                                                        By:____/s/ - Matthew Donahue_
                                                                              Matthew P. Donahue
                                                                              Attorney for Plaintiffs

///

///

Stip and Order re Telephonic Appearance                1

| | |
|---|---|
| Dated: November 21, 2005 | FORTUNE DREVLOW O'SULLIVAN |
| | By: _____/s/ - Norman La Force_____<br>NORMAN LA FORCE<br>Attorney for Defendants |
| Dated: November 21, 2005 | WOOD SMITH HENNING & BERMAN |
| | By: _____/s/ - Gregory P. Arkawa_____<br>Gregory P. Arakawa<br>Attorney for Defendants |

**ORDER**

It is so ordered.

Dated: __November 21__, 2005

_____
Charles R. Breyer
United States

[APPROVED — Judge Charles R. Breyer, United States District Court, Northern District of California seal]

Stip and Order re Telephonic Appearance                2