```
JULIE DRISCOLL FARRAH [SBN 136460]
CYNTHIA M. SOLIMAN [SBN 217988]
ERICKSEN, ARBUTHNOT, I{ILDUFF,
DAY & LINDSTROM, INC.
I I 1 Sutter Street, Suite 575
San Francisco, CA 94104-4504
Telephone: (415) 362-7126
Facsimile: (415) 362-6401

Attorney for Defendants
Walter Kidde Portable         meet, Inc.,
Kidde PLC, Inc., and W. . Grainger, Inc.
Erroneously sued herein as W.W. Granter
dba Granger Industrial Supply
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JAMES G. HOFFNER, | Case No. C 04 4733 |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO EXTEND MEDIATION DEADLINE [N.D. Loc. Rule 16-8] |
| vs. | |
| KIDDE PLC, INC., KIDDE FIREFIGHTING, INC., W.W. GRANGER, dba GRANGER INDUSTRIAL SUPPLY, DOES I through 50, inclusive, | Action filed: 08/03/04 |
| Defendants. | |

## STIPULATION

All parties, by and through their respective counsel, hereby stipulate and agree to conduct the mediation for this matter beyond the court ordered deadline, and instead conduct the mediation before the designated mediator at any time, up to and including May 31, 2006.

III

III

STIPULATION & ORDER RE: EXTENDING MEDIATION DEADLINE

| | | |
|---|---|---|
| 1 | Date: | ERICKSEN, ARBUTHNOT, KILDUFF, DAY & LINDSTROM |
| 2 | | |
| 3 | | |
| 4 | | /s/ |
| | | Julie D. Farrah |
| 5 | | Attorneys for Defendants Walter Kidde Portable Equipment, Inc, Kidde PLC, Inc.,and W.W. |
| 6 | | Grainger, Inc. |
| 7 | Date: | Clayeo C. Arnold, A Professional Corporation |
| 8 | | |
| 9 | | /s/ |
| | | Matthew P. Donahue |
| 10 | | Attorneys for Plaintiff James Hoffner |
| 12 | Date: [ ILIt) | Wood, Smith, Henning & Berman |
| 13 | | |
| 14 | | /s/ Amy L. Foscalina |
| | | Attorneys for Third Party **Defendant,** Certified |
| 15 | | Coatings of California |

## ORDER

GOOD CAUSE AND STIPULATION BEING SHOWN, it is hereby ordered that the mediation deadline is extended up to and including May 31, 2006.

IT IS SO ORDERED.

January 19, 2006

_____
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

2

STIPULATION & ORDER RE: EXTENDING MEDIATION DEADLINE