CLAYEO C. ARNOLD
A Professional Corporation
Clayeo C. Arnold, SBN 65070
Matthew P. Donahue, SBN 155080
608 UNIVERSITY AVENUE
SACRAMENTO, CA 95825
(916) 924-3100

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HOFFNER and MARY HOFFNER,<br><br>    Plaintiffs,<br><br>vs.<br><br>WALTER KIDDE PORTABLE EQUIPMENT, INC., KIDDE PLC, INC., WW. GRANTER dba GRANGER INDUSTRIAL SUPPLY, DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No: C04-04733 CRB ARB<br><br>**STIPULATION AND ORDER FOR TELEPHONIC APPEARANCE BY PLAINTIFFS' COUNSEL AT CASE MANAGEMENT CONFERENCE**<br><br>CMC Date:    Sept. 8, 2006<br>Time:         8:30 a.m. |

Request is hereby made, and it is hereby stipulated by and between the parties through their respective counsel, that counsel be allowed to appear telephonically at the Further Case Management Conference on September 8, 2006, at 8:30 a.m.

Dated: August 2, 2006

CLAYEO C. ARNOLD
A Professional Law Corporation

By: _____
       Matthew P. Donahue
       Attorney for Plaintiffs

///

///

Stip and Order re Telephonic Appearance                    1

Dated: August 2, 2006                                ERICKSEN, ARBUTHNOT, KILDUFF

                                                     By:_____
                                                            JULIE D. FARRAH
                                                            Attorney for Defendants

Dated: August 2, 2006                                WOOD SMITH HENNING & BERMAN

                                                     By:_____
                                                            AMY FOSCALINA
                                                            Attorney for Defendants

## ORDER

It is so ordered.

Dated: _____ August 14 _____, 2006          _____
                                                Charles R. Breyer
                                                United States District Judge

IT IS SO ORDERED

Judge Charles R. Breyer

Stip and Order re Telephonic Appearance                    2